JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>    Plaintiffs,<br><br>    v.<br><br>LOGIC TECHNOLOGY DEVELOPMENT LLC, a Florida limited liability company, and DOES 1-5, Inclusive,<br><br>    Defendant. | Case No. CV 14-9271-GW(MRWx)<br><br>**ORDER GRANTING DISMISSAL** |

111971-0003.0001/128717573.1

1  In light of the Joint Stipulation of Dismissal by Plaintiffs Fontem Ventures
2  B.V. and Fontem Holdings 1 B.V. (together, "Fontem") and Defendant Logic
3  Technology Development, LLC ("Logic"), the Court hereby ORDERS as follows:
4   1. All claims between Fontem and Logic in Case No. CV14-9271 shall
5  be dismissed with prejudice.
6   2. Fontem and Logic shall each bear its own fees and costs.
7
   **IT IS SO ORDERED**.
8
9  DATED: December 2, 2015       *[signature]*
10                               _____
11                               Honorable George H. Wu
                                 United States District Judge

111971-0003.0001/128717573.1                -1-